## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, subscriber assigned IP address ) <br> 174.60.16.215, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 5:19-cv-02752-CFK <br><br> Judge Chad F. Kenney |

## PLAINTIFF'S VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 174.60.16.215 are voluntarily dismissed with prejudice.

Dated:  August 29, 2019

Respectfully submitted,

By: */s/ John C. Atkin*
John C. Atkin, Esq.
The Atkin Firm, LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

>By: */s/ John C. Atkin*
>John C. Atkin, Esq.